**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **THORNTON RANCH, LLC,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | **P:23-CV-00022-DC** | |
| § | | |
| **CONTINENTAL RESOURCES, INC.,** § | | |
| *Defendant.* § | | |
| § | | |

**(OPPOSED) MOTION FOR ENTRY OF FINAL JUDGMENT**

On March 20, 2025, the jury returned its verdict in the present case. Doc. 149. Pursuant to Federal Rule of Civil Procedure 58, Defendant Continental Resources, Inc. ("Continental") requests entry of final judgment based upon the jury's verdict in the form of the attached Proposed Final Judgment, which tracks the jury's findings and awards with respect to the claims of both Thornton Ranch LLC ("Thornton") and Continental. In conjunction with the Proposed Final Judgment, Continental notes the following.

First, with respect to Continental's electricity-based counterclaims, the Proposed Final Judgment incorporates Continental's Notice of Election of Remedy (Doc. 154) in which Continental elected recovery based upon the conversion counterclaim rather than upon the theft or trespass counterclaims. Continental respectfully requests that the Court retain footnote 2 in the Proposed Final Judgment so that there can be no question that Continental: (1) was the prevailing party in the theft and trespass claims as well as the conversion claim; and (2) reserves its right to re-elect its remedy in the event that the conversion award is reversed or reduced by this Court or on appeal.

Second, as set forth in the Proposed Final Judgment, Continental requests that the Court's final judgment award costs to Continental, as the prevailing party, pursuant to Rule 54. "Rule 54(d)(1) unambiguously limits the number of prevailing parties in a given case to one. There is no

special rule or exception for mixed judgment cases, where both parties have some claims decided in their favor. The case is viewed as a whole to make the determination of who is the prevailing party." *Indel Food Prods. Inc. v. Dodson Int'l Parts Inc.*, No. EP-20-CV-98-KC, 2023 U.S. Dist. LEXIS 7300, at *20–21 (W.D. Tex. Jan. 11, 2023) (internal quotation marks and citations omitted). Courts will find the party which prevails on the claim the case was about "at bottom" to be the prevailing party under Rule 54. *Id.* at *21.

Here, the main claims involved the interpretation of the SLA (Sections H and I), the determination whether (and to what extent) each party breached the SLA, and the determination whether Thornton committed theft, conversion, and/or trespass with respect to Continental's electricity. Continental prevailed on: (1) all of the SLA interpretation claims, (2) all of Continental's claims for breach of the SLA (*i.e.,* both the right-of-first-refusal and confidentiality provisions), (3) all of Continental's electricity-related counterclaims; and (4) Thornton's breach of contract claims with the exception of the notice and operations claim and a small portion of the "New Water Wells" claim. Further, the jury awarded a greater amount of damages to Continental on its counterclaims than it awarded to Thornton with respect to Thornton's two successful breach claims. Therefore, "at bottom," Continental is clearly the prevailing party in this action for the purpose of Rule 54.

Third, Continental expressly reserves the right to: (1) appeal any of the Court's rulings adverse to Continental; and (2) re-elect its remedy with respect to its electricity-based counterclaims in the event that the conversion award is reversed or reduced by this court or on appeal.

Respectfully submitted,

**THE NORRIS FIRM PC**

*/s/ Nicole Duarte*
Joshua A. Norris (Texas Bar No. 24027577)
Nicole Duarte (Texas Bar No. 24089880)
Thomas McCall (Texas Bar No. 24120236)
(Admitted *Pro Hac Vice)*
Patrick J. Fackrell (Texas Bar No. 24107763)
(Admitted *Pro Hac Vice)*
Justin P. Quin (Texas Bar No. 24103893)
(Admitted *Pro Hac Vice)*
josh@tnflaw.com
nicole@tnflaw.com
thomas@tnflaw.com
pat@tnflaw.com
justin@tnflaw.com
24 Greenway Plaza, Suite 1800
Houston, TX 77046
Telephone: (713) 588-4536
Facsimile: (713) 277-7072

***Attorneys for Defendant/Counterclaim-Plaintiff Continental Resources, Inc.***

## CERTIFICATE OF CONFERENCE

I hereby certify undersigned counsel for Continental conferred by email on April 2, 2025 with counsel for Thornton Ranch, who stated that Thornton Ranch opposes the motion.

*/s/ Nicole Duarte*
NICOLE DUARTE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on Plaintiff/Counterclaim-Defendant Thornton Ranch, LLC, through its counsel of record, in accordance with Federal Rule of Civil Procedure 5(b) on this 3rd day of April, 2025.

*/s/ Nicole Duarte*
NICOLE DUARTE